UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JAMES MURPHY AND ON BEHALF OF ALL
OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

v.

FRIENDS OF THE VANDERBILT MUSEUM, INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 2:19-cv-05546-SJF-AKT

**STIPULATION OF DISMISSAL**

FILED
CLERK
12:36 pm, Oct 28, 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

Plaintiff(s), JAMES MURPHY, and on behalf of all other persons similarly situated, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against FRIENDS OF THE VANDERBILT MUSEUM, INC. without prejudice and without fees and costs.

Dated: Melville, New York
       October 27, 2020

| **LAW OFFICE OF DARRYN G. SOLOTOFF PLLC** | **MARSHALL DENNEHEY** |
|---|---|
| _____ | _____ |
| Darryn G. Solotoff (DS-8117) | R. David Lane |
| Attorney for Plaintiff(s) | Wall Street Plaza |
| 25 Melville Park Road, Suite 108 | 88 Pine Street, 21st Floor |
| Melville, New York 11747 | New York, New York 10005 |
| Phone: 516.695.0052 | Phone: (212) 376-6413 |
| ds@lawsolo.net | RDLane@MDWCG.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

The case is closed.
SO ORDERED:

/s/ Sandra J. Feuerstein
United States District Court Judge

Dated: Central Islip, New York
      October 28, 2020